# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Criminal No. 19-cr-267 (KBJ) |
| | ) |
| JOSEF KOYSHMAN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties appeared before this Court for a status conference on August 13, 2019. During the conference, both counsel represented that additional time was necessary to permit the exchange of discovery and an evaluation of their respective positions regarding the disposition of this matter. Given these representations, the Court found that it was in the interest of justice to exclude from the Speedy Trial Act calculation the time between the August 13, 2019, status conference and the next status conference, which is scheduled for September 11, 2019.

Accordingly, it is hereby

**ORDERED** that the period from August 13, 2019 through September 11, 2019, inclusive, is excluded from the Speedy Trial calculation for good cause shown, insofar as the resulting delay fulfills the ends of justice, and taking such action outweighs the best interests of the public and the defendant in a speedy trial.

Date: August 13, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge